## MARGARET M. GARRETT *v.* HAROLD B. GARRETT

[No. 140, October Term, 1945.]

*Decided June 12, 1946.*

The cause was argued before MARBURY, C. J., DELA-PLAINE, COLLINS, GRASON, and HENDERSON. JJ.

*Abram C. Joseph,* with whom was *Daniel C. Joseph* on the brief, for the appellant.

*William Pepper Constable* and *John D. Alexander,* with whom were *Constable & Alexander* on the brief, for the appellee.

GRASON, J., delivered the opinion of the Court.